UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**George L. Russell, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

October 20, 2016

MEMORANDUM TO COUNSEL:

      Re:    USA v. Jarvis Joyner
                Criminal No. GLR-15-0579

Dear Counsel:

    Pursuant to your conversation with my Chambers this morning, please be advised that the schedule is as follows:

| | |
|---|---|
| Motions Deadline | November 14, 2016 |
| Responses due | December 2, 2016 |
| Replies due | December 19, 2016 |
| Motions Hearing | January 19, 2017 – 9:30 a.m. |

    The proceeding will be conducted in Courtroom 7A.

    Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

George L. Russell, III

/daf